**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH BERMUDEZ, | CASE NO. CV-F-04-5066 OWW WMW HC |
| Petitioner, | FINDINGS AND RECOMMENDATIONS RE PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | [Doc. 15, 16] |
| A.A. LAMARQUE, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 11, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on September 7, 2006.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a <u>de novo</u> review of this case. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1 | Based on the foregoing, it is HEREBY ORDERED that:

2 | 1. The findings and recommendations issued by the Magistrate Judge on

3 | August 11, 2006, are a adopted in full;

4 | 2. The Petition for Writ of Habeas Corpus is denied;

5 | 3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

6 | IT IS SO ORDERED.

7 | **Dated:   September 23, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE